IN THE UNITED STATES DISTRICT COURT
THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| United States of America, ex rel. Anthony C Campos<br>　　Plaintiff | * * | |
| v. | * | Case No.: 1:17-cv-02156-CCB |
| The Johns Hopkins Health System Corporation | * | |
| 　　Defendant | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

## AFFIDAVIT OF SERVICE

I, Calvin Hutcheon, being over the age of 18 and competent to testify to the matters stated herein, state as follows:

1. That on the 14th day of December, 2017, I served a Writ of Summons, Relator's Amended Complaint (Federal False Claims Act Complaint), Redlined Amended Complaint, the Original Complaint, Notice Regarding Intervention and Proposed Order and November 28, 2017 Order in the above-captioned case upon:

　　Johns Hopkins Health System Corporation
　　s/o G Daniel Shealer, Jr., Resident Agent
　　733 N Broadway, Suite 102
　　Baltimore, MD  21205

by giving in hand to Sue Kuhm. She expressed that she was authorized to accept the papers on behalf of G Daniel Shealer, Jr., Resident Agent.  She is described as a white female, approximately 5'7", approximately 160lb and her age is in the 50's.

254521

I solemnly affirm under the penalties of perjury and upon personal knowledge that the contents of the foregoing Affidavit are true.

12/19/17
Date

_____
Calvin Hutcheon
Magic Messenger Service, Inc.
822 Guilford Avenue, Suite 152
Baltimore, Maryland 21202
410-625-2600

254521

## CERTIFICATE OF SERVICE

I hereby declare that on this 14th day of December 2017, the forgoing Affidavit of Service was served upon the United States Government via the Court's Electronic Filing System and that a copy was sent via first class mail to:

The Johns Hopkins Health System Corporation
c/o G. Daniel Shealer, Jr., Resident Agent
733 North Broadway
Suite 102
Baltimore, Maryland 21205

*Defendant*

_____
Lindsey Ann Thomas